COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF A.S. M, | | No. 08-19-00212-CV |
| A CHILD, | § | |
| | | Appeal from the |
| | § | |
| | | 65th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (2004CM737) |
| | § | |

**O R D E R**

Appellant has filed a Motion for Leave of Court to Supplement the Record on Appeal with Certified Copy of Financial Activity Report of the Attorney General. The motion is GRANTED. The District Clerk is directed to prepare and file a supplemental clerk's record containing the certified copy of a Financial Activity Report from the Office of the Attorney General on or before January 29, 2021.

IT IS SO ORDERED this 22nd day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.

1